PER CURIAM.
Affirmed. See State v. Drawdy, 136 So.3d 1209 (Fla.2014); Carbajal v. State, 75 So.3d 258 (Fla.2011); State v. Meshell, 2 So.3d 132 (Fla.2009); Melvin v. State, 645 So.2d 448 (Fla.1994); State v. King, 426 So.2d 12 (Fla.1982); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Campbell v. State, 884 So.2d 190 (Fla. 2d DCA 2004); Mosely v. State, 688 So.2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So.2d 52 (Fla. 2d DCA 1985); Foss v. State, 834 So.2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998).
CASANUEVA, KHOUZAM, and MORRIS, JJ., Concur.